IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Crim. No. 98-03 Erie |
| ) | |
| CARL ANTHONY KNIGHT ) | |

## MEMORANDUM OPINION and ORDER

Presently before the Court is Carl Anthony Knight's Letter/Motion for Documents (ECF No. 248), in which he requests that the Court provide him with copies of documents related to his Motion to Vacate pursuant to 28 U.S.C. § 2255 filed on December 22, 2013, and filed as Civil No. 03-416. Specifically, he requests a copy of the docket sheet in his criminal and 2255 matters, copies of the initial 2255 brief, the government's response, and Mr. Knight's reply brief, as well as any exhibits attached the briefs, and a copy of the Court's opinion ruling on the 2255. Mr. Knight avers that he requires these documents "for purposes of habeas corpus motion preparation." ECF No. 248.

In general, a pro se prisoner, even one proceeding in forma pauperis, is not entitled to free copies of court documents. See Douglas v. Green, 327 F.2d 661 (6th Cir.1964) (statutory right to proceed in forma pauperis, under 28 U.S.C.A. § 1915(a), did not include the right to obtain copies of court orders without payment). Moreover, a prisoner is not entitled to free copies of documents in preparation for proposed litigation. See Harless v. United States, 329 F.2d 397, 398-99 (5th Cir.1964) (statutory right to proceed in forma pauperis does not include right to obtain copies of transcripts, without payment therefor, for use in proposed or prospective litigation); see also Walker v. United States, 424 F.2d 278,

279 (5th Cir.1970) (federal prisoner not entitled to obtain copies of court records at Government expense for purpose of searching the record for possible error).

We will deny Mr. Knight's motion for copies of documents that are not stored on the Court's electronic docket. This consists of the three 2255 briefs and their accompanying exhibits. These pleadings comprise approximately 262 pages. The Court's current cost for copies of documents is $0.50 per page. Thus, the cost for Mr. Knight to obtain these documents is approximately $131.00. The Clerk of Court will not provide copies of documents until payment is received. Should Mr. Knight still wish to obtain copies of the pleadings he should directly contact the Clerk of Courts in Erie, Pennsylvania to specifically identify the documents he wants copied and the exact cost of the copies. We will however provide Mr. Knight with a copy of the Court's Opinion and Order on his Motion to Vacate, as well as a printout of his docket sheets.

AND NOW, to-wit, this 17th day of December, 2015, it is hereby ORDERED, ADJUDGED, and DECREED that the Letter/Motion for Documents (ECF No. 248) be and hereby is GRANTED in part and DENIED as stated herein.

Maurice B. Cohill, Jr.
Senior United States District Judge

cc: Carl Anthony Knight
No. 10725-068
FCI Allenwood
P.O. Box 2000 unit 3-B
White Deer, PA 17887-2000

2